# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) |
|---|---|
| v. | ) |
| Craig A. Spiegel, M.D. | ) Case No.   4:24 MJ 2101 JSD |
|  | ) |
|  | ) SIGNED AND SUBMITTED TO THE COURT FOR |
|  | ) FILING BY RELIABLE ELECTRONIC MEANS |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   2014 to present   in the county of   St. Louis   in the Eastern District of   Missouri  , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. Section 841(a)(1) | Illegal Distribution of Controlled Substance |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*Complainant's signature*

Joe Veselsky, Task Force Officer, DEA

*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date:   March 7, 2024 @ 10 am

*Judge's signature*

City and state:   St. Louis, Missouri        Honorable Joseph S. Dueker, U.S. Magistrate Judge

*Printed name and title*